**NEW YORK COMMUNITY BANK, Respondent,**

v.

**Joyce DORSEY, et al., Appellant.**

**No. WD 76230.**

Missouri Court of Appeals,
Western District.

Nov. 5, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Nov.
26, 2013.

David L. Boman, for Respondent.

Joyce Dorsey, Appellant Pro-se.

Before Division Two: MARK D.
PFEIFFER, Presiding Judge, JOSEPH
M. ELLIS, Judge and VICTOR C.
HOWARD, Judge.

### ORDER

PER CURIAM:

Joyce Dorsey, acting *pro se,* appeals
from a summary judgment entered by the
Circuit Court of Jackson County in favor
of New York Community Bank ("NYCB")
in an action filed by NYCB to quiet title to
Lot 24 of Oldham's 1st Addition subdivi-
sion in Kansas City, Missouri. After a
thorough review of the record, we conclude
that the trial court properly entered sum-
mary judgment as there is no genuine
issue of material fact and NYCB was enti-
tled to judgment as a matter of law. No
jurisprudential purpose would be served
by a formal, published opinion; however, a
memorandum explaining the reasons for
our decision has been provided to the par-
ties.

Judgment affirmed. **Rule 84.16(b).**